UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGESAILS, LLC, | Case No. 25-cv-00193-AMO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| PRECISION SAILS, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c) and Patent Local Rule 2-1(a), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to *ImageSails, LLC v. North Sails Group LLC*, Case No. 5:24-cv-07155-NW.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**